IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DJ QUALLS                                                                                                   PLAINTIFF

v.                                          CASE No. 4:25-cv-544-JM

DOE                                                                                                          DEFENDANT

**ORDER**

Plaintiff D.J. Qualls's Complaint (Doc. 1) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 2). LOCAL RULE 5.5(c)(2).

It is so ordered, this 28th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE